HUBERT T. DELANY and Others v. CENTRAL VALLEY GOLF CLUB, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of CHARLES ALLEN, JR., and Others for an Order for the Inspection of a List of the Holders of Voting Trust Certificates of WICKWIRE SPENCER STEEL COMPANY, against GEORGE W. TREAT and Others and RUDOLPH B. FLERSHEM and Others.— Motion for leave to appeal to the Court of Appeals or to resettle order of this court entered January 16, 1942 [ante, p. 855], denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LYDIA LINDGREN QUERZE v. RAOUL QUERZE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

UNITED STATES CASUALTY COMPANY v. NEPTUNE STORAGE, INC., Formerly Known as NEPTUNE STORAGE VAN COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NEIL LAWRENCE v. ARGUS PICTURES, INC., and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NORMA TAYLOR v. PHILIP PREVER and Another, Impleaded with STANLEY GOTTFRIED.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NORMA TAYLOR v. PHILIP PREVER and Another, Impleaded with STANLEY GOTTFRIED.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, with leave to the defendant-appellant to answer within ten days after service of order, on payment of said costs, and the costs awarded by the order of this court entered on January 16, 1942 [ante, p. 854], which affirmed the order entered on or about November 18, 1941. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORTHCHESTER CORPORATION v. WILLIAM STANLEY MILLER and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 83.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

KATHRIN GRANT O'LEARY and Another v. DEFOREST GRANT, Individually, etc., and Others, and EMILY BRINTON GRANT.— Motion for leave to appeal to the Court of Appeals granted. [See 261 App. Div. 1065; 262 id. 727.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

KATHRIN GRANT O'LEARY and Another v. DEFOREST GRANT, Individually, etc., and Others, and EMILY BRINTON GRANT.— Motion for leave to appeal to the Court of Appeals granted. [See 261 App. Div. 1065; 262 id. 727.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

KATRIN GRANT O'LEARY and Another v. DEFOREST GRANT, Individually, etc., and Others, and Emily BRINTON GRANT.— Motion for leave to appeal to the Court of Appeals granted. [See 261 App. Div. 1065; 262 id. 727.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.